UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN J. VAN NOY,

Plaintiff,

v.

PIERCE COUNTY, et al.,

Defendants.

Case No. C26-5704-TSZ-SKV

ORDER STAYING ACTION

This is a civil rights action proceeding under 42 U.S.C. § 1983. The instant action is one of a number of cases filed by present and former Pierce County Jail inmates asserting claims concerning the plumbing and sewage system at the Jail. The Court has appointed counsel in one such case, *Wolfclan v. Washington State DSHS*, C23-5399-TSZ-SKV, which was filed as a proposed class action. Plaintiffs in the *Wolfclan* case are seeking class-wide declaratory and injunctive relief. Plaintiff is a potential member of the class recently certified in *Wolfclan*. *See* Dkt. 4-1; *Wolfclan*, C23-5399-TSZ-SKV, Dkt. 230.

Regardless of whether this action ends up proceeding in whole or in part independently of *Wolfclan*, decisions made in that case are likely to have some impact on the manner in which this case proceeds. Accordingly, the Court hereby ORDERS as follows:

(1) The instant action is STAYED. The stay shall remain in effect until further order of the Court. The Clerk is directed to statistically close this case at the present time.

(2) The parties are advised that any depositions taken and any written discovery and documents exchanged in *Wolfclan*, which pertain to class-wide liability issues, may be used in this action and will be deemed taken or exchanged for purposes of this action, subject to entry of an appropriate protective order consistent with the Stipulated Protective Order entered in *Wolfclan*, C23-5399-TSZ-SKV, Dkt. 138.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Thomas S. Zilly. The Clerk is also directed to send to Plaintiff a copy of the Order adopting the Report and Recommendation and certifying the class in *Wolfclan*, C23-5399-TSZ-SKV, Dkt. 230.

Dated this 11th day of August, 2026.

S. KATE VAUGHAN
United States Magistrate Judge